FILED
10/29/2026 JN
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Darrius Atkins (312) 312-3538

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SHACARA GREEN | Case No.: 26-cr-567<br>Gabriel A. Fuentes<br>Magistrate Judge |

**AFFIDAVIT IN REMOVAL PROCEEDING**

I, Christian Leibas, appearing before United States Magistrate Judge Gabriel A. Fuentes and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that SHACARA GREEN has been charged by Indictment in the Northern District of Indiana with the following criminal offenses: wire fraud, in violation of Title 18 United States Code, Section 1343 (Counts 1—4) and false statement, in violation of Title 18 United States Code, Sections 1001(a)(2) and 2 (Counts 5—6).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

Christian Leibas
CHRISTIAN LEIBAS
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 29th day of October, 2026.

GABRIEL A. FUENTES
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

United States of America
v.

SHACARA R GREEN
*Defendant*

Case No. 1:26-CR-60-HAB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SHACARA R GREEN ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1, 2, 3, and 4 - 18:1343 Wire Fraud and Forfeiture
Counts 5 and 6 - 18:1001(a)(2) False, Fictitious, and Fraudulent Statement and 18:2 Aiding and Abetting

Date: 07/15/2026

Chanda J. Berta
*Issuing officer's signature*

City and state: Fort Wayne, IN

Chanda J. Berta, Clerk (Ins)
*Printed name and title*

### Return

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______

Known aliases: ______

Last known residence: ______

Prior addresses to which defendant/offender may still have ties: ______

______

Last known employment: ______

Last known telephone numbers: ______

Place of birth: ______

Date of birth: ______

Social Security number: ______

Height: ______ Weight: ______

Sex: ______ Race: ______

Hair: ______ Eyes: ______

Scars, tattoos, other distinguishing marks: ______

______

______

History of violence, weapons, drug use: ______

______

Known family, friends, and other associates *(name, relation, address, phone number)*: ______

______

FBI number: ______

Complete description of auto: ______

______

Investigative agency and address: ______

______

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______

______

______

Date of last contact with pretrial services or probation officer *(if applicable)*: ______

______

______

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-
AT ___ M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:26CR-60 |
| | ) | |
| SHACARA R. GREEN | ) | Violations: 18 U.S.C. §1343 and 18 U.S.C. §§ 1001(a)(2) and 2 |

**THE GRAND JURY CHARGES:**

**General Allegations**

At times material to this Indictment:

1. The United States Small Business Administration ("SBA") is an executive branch agency of the United States government that provides support to entrepreneurs and small businesses. The mission of the SBA is to maintain and strengthen the nation's economy by enabling the establishment and viability of small businesses and by assisting the economic recovery of communities after disasters.

2. As part of this effort, the SBA enables and provides loans through banks, credit unions and other lenders. These loans have government-backed guarantees. In addition to traditional SBA funding programs, the CARES Act, which was signed into law in March 2020 after the President of the United States declared a nationwide emergency in response to the COVID-19 pandemic, established several new temporary programs and provided for the expansion of others to address the economic disaster.

## Paycheck Protection Program (PPP)

3. The CARES Act created the PPP, under which the SBA delegated authority to third party lenders to underwrite and approve loans to small businesses for job retention and certain other expenses. PPP loans were based on payroll costs for an 8-week period. The borrower had to provide payroll documentation to justify the payroll costs. These loans were 100% guaranteed by the SBA meaning if a loan went into default the SBA would pay the lender for the balance of the loan.

4. When a participating financial institution (lender) processed a PPP loan application, data from the application, including information about the borrower, the total amount of the loan, and the listed number of employees, was transmitted by the lender to the SBA in the course of processing the loan.

5. PPP loans could only be used by the business for certain permissible expenses—payroll costs, interest on mortgages, rent, and utilities.

6. A PPP applicant was also required to certify that all of the information in the application form was true and correct. The applicant was notified that false statements could result in criminal penalties.

7. Lender 1 participated in the PPP as a lender to small businesses. Lender 1 maintained their offices in New York.

8. Lender 2 participated in the PPP as a lender to small businesses. Lender 2 maintained their offices in California.

9. SBA servers are located in Sterling, Virginia.

## Bank Account

10. Defendant had a Chase Bank account # *9420.

11. Chase Bank is a financial institution insured by the Federal Deposit Insurance Corporation with it's headquarters in New York.

## Scheme to Defraud

12. Beginning on or about March 3, 2021, continuing until in or around April 16, 2021, in the Northern District of Indiana and elsewhere, defendant, SHACARA R. GREEN, knowingly and with intent to defraud, did devise, and participate in, and execute, and attempt to execute a scheme and artifice to defraud the United States, and Lenders 1 and 2 to obtain money by means of materially false and fraudulent pretenses, and representations, and promises, and the concealment of material facts.

13. As part of the scheme to defraud, DEFENDANT submitted and caused to be submitted false and fraudulent PPP applications to the SBA and to Lender 1 and Lender 2 and received payment totaling over $40,000 based on the false and fraudulent application.

## Manner and Means of the Scheme to Defraud

14. The fraudulent scheme operated and was carried out, in substance, as follows:

### PPP Scheme

15. DEFENDANT submitted and caused to be submitted a false and fraudulent PPP loan application to Lender 1 and SBA on or about March 3, 2021. The application falsely and fraudulently represented that the business had one employee and an income of $98,000. The application represented the loan was for payroll costs. A false and fraudulent Schedule C was submitted as part of the application.

16. DEFENDANT electronically signed and caused to be signed the PPP application attesting that the information provided was true and accurate and that she understood the criminal penalties associated with providing false

statements to the SBA. As a result of the application, DEFENDANT received a PPP loan in the amount of $20,416 deposited into her bank account # *9420.

17. DEFENDANT submitted and caused to be submitted a false and fraudulent PPP loan application to Lender 2 on or about April 4, 2021. The application falsely and fraudulently represented that the business had one employee and an income of $98,000. The application represented the loan was for payroll costs. A false and fraudulent Schedule C was submitted as part of the application.

18. DEFENDANT electronically signed and caused to be signed the PPP application attesting that the information provided was true and accurate and that she understood the criminal penalties associated with providing false statements to the SBA. As a result of the application, DEFENDANT received a PPP loan in the amount of $20,833 deposited into her bank account # *9420.

19. DEFENDANT received PPP loan proceeds based on false and fraudulent representations and used the money for personal benefit instead of permissible expenses, like payroll.

## COUNTS 1-4
## (Wire Fraud)

20. The allegations in paragraphs 1 through 19 of this Indictment are re-alleged and incorporated as if fully set forth herein.

21. On or about the following dates in the Northern District of Indiana and elsewhere, the defendant, SHACARA R. GREEN, with intent to defraud, having devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, and representations, and promises, and attempting to do so did, for the purpose of executing the scheme and artifice, knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce the following:

| COUNT | DATE On or about | INTERSTATE WIRE |
|---|---|---|
| 1 | March 3, 2021, | A PPP application electronically submitted to Lender 1 and SBA that contained material misrepresentations from the Northern District of Indiana to a location outside the State of Indiana |
| 2 | March 12, 2021, | An interstate wire transfer in the amount of $20,415 in PPP loan funds, sent from Lender 1 to a financial institution with bank account # *9420 |
| 3 | April 4, 2021, | A PPP application electronically submitted to Lender 2 and SBA that contained material misrepresentations from the Northern District of Indiana to a location outside the State of Indiana |
| 4 | April 16, 2021, | An interstate wire transfer in the amount of $20,833 in PPP loan funds, sent from Lender 2 to a financial institution with bank account # *9420 |

All in violation of 18 U.S.C. § 1343.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**
**(False Statement)**

On or about March 3, 2021, in the Northern District of Indiana and elsewhere,

SHACARA R. GREEN,

defendant herein, did willfully and knowingly make a materially false and fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, in a Paycheck Protection Program Application defendant did provide and caused to be provided false and fraudulent statements and documentation regarding the business and business income, and did aid and abet the same.

All in violation of 18 U.S.C. §§ 1001(a)(2) and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**
**(False Statement)**

On or about April 4, 2021, in the Northern District of Indiana and elsewhere,

SHACARA R. GREEN,

defendant herein, did willfully and knowingly make a materially false and fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, in a Paycheck Protection Program Application defendant did provide and caused to be provided false and fraudulent statements and documentation regarding the business and business income, and did aid and abet the same.

All in violation of 18 U.S.C. §§ 1001(a)(2) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offenses in violation of 18 U.S.C. § 1343 set forth in this Indictment, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s).

3. Upon conviction of an offense set forth in in this Indictment, the government will seek a money judgment in the amount of proceeds received for the defendant's participation in the alleged offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. §981(a)(1)(C) and 28 U.S.C. § 2461(c).

A TRUE BILL

[redacted]

Foreperson

ADAM L. MILDRED
UNITED STATES ATTORNEY

By: Stacey R. Speith
Assistant United States Attorney